| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Hamilton, Jean C. | 2. Court or Organization<br><br>US District Court, EDMO | 3. Date of Report<br><br>4/11/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>111 South Tenth Street<br>St. Louis, MO 63102 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Hillcrest Subdivision |
| 2. | Board Member | Care and Counseling |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Missouri Judges Retirement System - pension | $34,795.00 |
| 2. | 2016 | IRA Distribution | $3,368.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | David A. Blanton | Jan. 2016 | New York | vacation | Lodging, partial food & partial transportation |
| 2. | David A. Blanton | Feb. 2016 | Florida, Bahamas | vacation | Lodging, partial food & partial transportation |
| 3. | David A. Blanton | April 2016 | Kansas City, MO | vacation | Lodging, partial food, transportation |
| 4. | David A. Blanton | May - June 2016 | Ireland, England | vacation | Lodging, partial food & transportation |
| 5. | David A. Blanton | Nov. 2016 | New York | vacation | Lodging, partial food, partial transportation |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | David A. Blanton | apparrel | $438.00 |
| 2. | David A. Blanton | jewelry | $12,700.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 4/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bank -2 accts. | A | Interest | M | T | | | | | |
| 2. Bank of America 1 acct. | A | Interest | K | T | | | | | |
| 3. IRA - TD Ameritrade | | | | | | | | | |
| 4. a. DFA International Core Equity PTFL | A | Dividend | J | T | | | | | |
| 5. b. DFA US Vector Equity | A | Dividend | J | T | | | | | |
| 6. c. DFA US Core Equity 2 | A | Dividend | K | T | Sold (part) | 10/14/16 | J | C | |
| 7. d. DFA Emerging Markets Core Equity | A | Dividend | J | T | | | | | |
| 8. e. DFA Int. Sm. Cap Value Port | A | Dividend | J | T | | | | | |
| 9. f. DFA International III | A | Dividend | J | T | | | | | |
| 10. g. DFA US Lg III | A | Dividend | J | T | | | | | |
| 11. h. Vanguard GNMA Fund Admiral | A | Dividend | J | T | | | | | |
| 12. i. Vanguard Short Term Invest. Grade Admiral | A | Dividend | J | T | | | | | |
| 13. j. DFA 5 year Global Fixed PTF | A | Dividend | J | T | Buy | 7/20/16 | J | | |
| 14. Brokerage Account #3 | | | | | | | | | |
| 15. a. 3M (Minn. Mining & Mfg) - com. | C | Dividend | M | T | | | | | |
| 16. b. Coca Cola - com. | A | Dividend | | | Sold | 10/26/16 | K | E | |
| 17. c. Home Depot - com. | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 4/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. d. IBM - com. | C | Dividend | M | T | | | | | |
| 19. e. Pfizer - com. | B | Dividend | J | T | Donated (part) | | | | |
| 20. f. Proctor & Gamble | B | Dividend | L | T | | | | | |
| 21. g. Walt Disney | A | Dividend | K | T | Sold (part) | 10/26/16 | K | E | |
| 22. h. American International Group warrant | A | Dividend | J | T | | | | | |
| 23. i. AT & T - com. | C | Dividend | L | T | | | | | |
| 24. j. Kraft Heinz - com. | A | Dividend | K | T | | | | | |
| 25. k. Mondelez Int'l. - com. | A | Dividend | K | T | Sold (part) | 10/26/16 | K | D | |
| 26. l. Philip Morris Int. - com. | D | Dividend | M | T | | | | | |
| 27. m. St. Louis MO Ind'l Dev. Auth. Rev. Bonds 12/1/20 | A | Interest | | | Matured | 12/1/16 | K | E | |
| 28. n. DFA Emerging Markets PTF | A | Dividend | K | T | Buy | 1/15/16 | K | | |
| 29. o. DFA International III | A | Dividend | | | Buy | 1/15/16 | M | | |
| 30. | | | | | Sold | 2/16/16 | M | | |
| 31. p. DFA US Core Equity I | A | Dividend | | | Buy | 1/15/16 | O | | |
| 32. | | | | | Sold | 2/1/16 | O | A | |
| 33. q. Dreyfus Tax Exempt Bond Fund com. | B | Dividend | L | T | | | | | |
| 34. r. DFA Int'l Core Equity PTFL | C | Dividend | M | T | Buy | 2/16/16 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 4/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 36. | | | | | Buy (add'l) | 10/26/16 | K | | |
| 37. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 38. s. DFA US Vector Equity | D | Dividend | M | T | Buy | 2/16/16 | L | | |
| 39. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 40. t. DFA Tax Mgd. Int. Value Fund | B | Dividend | L | T | Buy | 2/16/16 | K | | |
| 41. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 42. u. DFA Int. Small Cap Value Port | B | Dividend | K | T | Buy | 2/17/16 | J | | |
| 43. v. DFA Int. Small PTFL | B | Dividend | K | T | Buy | 10/26/16 | J | | |
| 44. w. DFA Tax Managed US Marketwide Val. II | D | Dividend | M | T | Buy | 2/16/16 | M | | |
| 45. | | | | | Buy (add'l) | 10/26/16 | K | | |
| 46. x. DFA 5 year Global Fixed PTF | B | Dividend | L | T | Buy | 10/28/16 | J | | |
| 47. | | | | | Buy (add'l) | 12/2/16 | J | | |
| 48. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 49. y. Vanguard GNMA Fund Admiral | B | Dividend | L | T | Buy | 7/20/16 | J | | |
| 50. | | | | | Buy (add'l) | 10/28/16 | J | | |
| 51. | | | | | Buy (add'l) | 12/2/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 4/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 53. z. Vanguard Short Term Investment Grade Admiral | B | Dividend | M | T | Buy | 4/14/16 | J | | |
| 54. | | | | | Buy (add'l) | 10/28/16 | K | | |
| 55. | | | | | Buy (add'l) | 12/2/16 | J | | |
| 56. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 57. aa. DFA US Core Equity 2 | D | Dividend | O | T | Buy | 2/16/16 | N | | |
| 58. | | | | | Buy (add'l) | 10/26/16 | L | | |
| 59. | | | | | Buy (add'l) | 10/28/16 | J | | |
| 60. bb. DFA TA U.S. Core Equity 2 | A | Dividend | L | T | Buy | 10/26/16 | L | | |
| 61. | | | | | Buy (add'l) | 10/28/16 | J | | |
| 62. cc. DFA Emerging Markets Core Equity I | A | Dividend | J | T | Buy | 10/26/16 | J | | |
| 63. DFA Emerging Markets Core Equity I | A | Dividend | | | Buy | 10/29/15 | K | | |
| 64. | | | | | Sold | 1/15/16 | K | A | |
| 65. DFA T.A. World Ex US Core Equity PTF | A | Dividend | | | Buy | 12/18/15 | M | | |
| 66. | | | | | Sold | 1/15/16 | M | A | |
| 67. DFA US Lg III | A | Dividend | | | Buy | 12/18/15 | M | | |
| 68. | | | | | Sold | 1/15/16 | M | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 4/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DFA T.A. US Core Equity 2 | A | Dividend | | | Buy | 12/18/15 | O | | |
| 70. | | | | | Buy (add'l) | 12/22/15 | K | | |
| 71. | | | | | Buy (add'l) | 12/28/15 | L | | |
| 72. | | | | | Sold | 1/15/16 | O | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 4/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VIII : Investments

The purchase of investments listed in lines 63, 65, 67, and 69 were inadvertently omitted from the 2015 disclosure.  Each investment was sold on 1/15/16.

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 4/11/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jean C. Hamilton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544